# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    BRIAN K OSAR  
    STACIE J OSAR  
        Debtor(s)

Case No. 11-30517

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2011.

2) The plan was confirmed on 10/05/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 10/03/2016.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,160.00.

10) Amount of unsecured claims discharged without payment: $60,867.32.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $34,164.33 |
| Less amount refunded to debtor | $264.33 |
| **NET RECEIPTS:** | **$33,900.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,379.36 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,879.36** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R CONCEPTS | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 251.00 | 91.20 | 91.20 | 14.88 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| ALLERGY ASTHMA MEDICAL | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| AMERICA ONLINE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 18,249.00 | 18,165.80 | 18,165.80 | 18,165.80 | 1,890.98 |
| ARMOR SYSTEMS CORP | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,159.00 | 2,159.28 | 2,159.28 | 352.42 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| BARTLETT ANIMAL HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BARTLETT FIRE DISTRICT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BEACON HILL DENTAL CARE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| BEST DENTAL GROUP | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| BOYD | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE PHYSICIAN GROU | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 17,446.00 | 20,071.60 | 20,071.60 | 3,275.93 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DELNOR COMMUNITY HOSPITAL | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DUBUQUE EMERGENCY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| DUKANE OB/GYN | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| EAGLE RECOVERY ASSOC INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FEATURE FILMS FOR FAMILIES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| FOOT FIRST PODIATRY | Unsecured | NA | 137.65 | 137.65 | 22.47 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| GENERAL VASCULAR SURGERY | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| GENEVA DENTAL | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| IMP | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 77.00 | 77.55 | 77.55 | 12.66 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,000.00 | 2,000.08 | 2,000.08 | 326.44 | 0.00 |
| JOSEPH WELLS DDS | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| KEVIN HADDLE MD | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| KOMIE & KAPLAN | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| LYON FOOT AND ANKLE CLINIC | Unsecured | 7,756.00 | NA | NA | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| MAX FLOW CORP | Unsecured | NA | 2,151.06 | 2,151.06 | 351.08 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| MERCY RADIOLOGIST OF DUBUQUE | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| MICHELE HORTON MD | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CHILDRENS HEART SPEC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| NCS PLUS INC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| NICOM CREDIT UNION | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,159.00 | 395.77 | 395.77 | 64.59 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST DIAGNOSTIC SERVICES | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| PHILLIP J ROTCHE & ASSOC | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 428.47 | 428.47 | 69.93 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 415.00 | 415.31 | 415.31 | 67.78 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROVENA MERCY CENTER | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 1,917.09 | 1,917.09 | 312.89 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RPM COLLECTION | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN ANALYTICS | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOME CARE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| SILKIES PANTYHOSE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 23,578.00 | 24,050.75 | 24,050.75 | 3,925.38 | 0.00 |
| SOUTH ELGIN HIGH SCHOOL | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| STITH ORAL & SURGERY | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| SURGERY GROUP | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 80.44 | 80.44 | 13.13 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| TRG ACCOUNT SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY AMBULANCE | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY ACCOUNTS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 1,005.00 | 945.30 | 945.30 | 154.28 | 0.00 |
| VERIZON WIRELESS | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| WESTFIELD INS | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD PATHOLOGY CONSULTAN | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,165.80 | $18,165.80 | $1,890.98 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,165.80** | **$18,165.80** | **$1,890.98** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,921.55** | **$8,963.86** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,879.36 |
| Disbursements to Creditors | $29,020.64 |
| **TOTAL DISBURSEMENTS:** | **$33,900.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/15/2016                       By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**